UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR L. CANALES, | ) |
|       Plaintiff | ) ) ) |
| vs. | ) C.A. No. 1:15cv783 ) JCC/TCB |
| WEX VALET, LLC, et al., | ) ) |
|       Defendants. | ) ) |

<u>ORDER</u>

Upon consideration of the Joint Motion for Award of Attorneys' Fees and Costs and for good cause shown, it is hereby

ORDERED that the Joint Motion is Granted; and it is further

ORDERED that Judgment in the amount of $14,000 shall be entered against the Defendant Wex Valet, LLC in favor of the Plaintiff Oscar L. Morales, for reasonable attorneys' fees and costs incurred by counsel for Plaintiff.

Entered this ___ day of _____, 2015.

/s/
James C. Cacheris
United States District Judge
United States District Court Judge

Alexandria, Virginia